UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA BAHENA,

      Plaintiff,

v.                                                          Case No.  8:07-cv-1057-T-24 MSS

AMERICAN VOYAGER INDEMNITY
INSURANCE COMPANY,

      Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's motions to stay proceedings in this case pending the Court's ruling on Defendant's motion to compel arbitration. (Doc. No. 31, 44). Upon review of the motion to compel arbitration, it appears to the Court that arbitration is not required in this case; however, a thorough order addressing this issue will follow shortly. Therefore, the Court finds that staying the proceedings in this case, including mediation that is scheduled to occur on March 20, 2008, is not warranted. Accordingly, it is ORDERED AND ADJUDGED that Defendant's motions to stay (Doc. No. 31, 44) are **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 18th day of March, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record